IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-mj-112-B |
| ) | |
| LUIS F. ACOSTA-VAZQUEZ and ) | |
| JULIO CESAR MOSQUERA ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

\_\_\_\_\_   Crime of violence (18 U.S.C. 3156)

\_\_\_\_\_   Maximum sentence of life imprisonment or death

\_\_\_\_\_   10 + year drug offense

\_\_\_\_\_   Felony, with two prior convictions in the above categories

__X__   Serious risk the defendant will flee

\_\_\_\_\_   Serious risk of obstruction of justice

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___   Defendant's appearance as required

_____   Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance

___X__   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 14th day of September, 2005.

                                         LEURA GARRETT CANARY
                                         United States Attorney

                                         /s/ Kent B. Brunson
                                         KENT B. BRUNSON
                                         Assistant United States Attorney
                                         Post Office Box 197
                                         Montgomery, Alabama 36101-0197
                                         334.223.7280
                                         334.223.7135 fax
                                         kent.brunson@usdoj.gov