**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 9-14-2005

DIGITAL RECORDING: _____

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql

CASE NO.: 2:05mj112-B: 01  
DEFT. NAME: Luis ACOSTA-VAZQUEZ

USA: Brunson  
ATTY: Butler  
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO  
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does _____ does NOT need an interpreter

Interpreter present _____ NO ✓ YES   NAME: Beverly Childress

---

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel  **☑ ORAL MOTION for Appointment of Counsel** | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT SET FOR:** _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |