# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
☑ Northern ☐ Southern ☐ Eastern

## COURTROOM DEPUTY MINUTES

**DATE:** 9-21-2005  **TIME/DIGITAL RECORDING:** 2:34 – 4:02 pm
**JUDGE:** Delores R. Boyd
**CTRM CLERK:** S. Q. Long, Jr.  **CRT RPTR:** Jimmy Dickens
**CASE NO.** 2:05mj112-B: 01  **USA vs.** LUIS F. ACOSTA-VAZGUEZ

**DEFT ATTY:** Christine Freeman
☑ FD  ☐ CJA  ☐ Ret  ☐ Waived  ☐ Standing In  ☐ Retain Cnsl Ntc.
**COURT APPOINTS:** ☐ FD  ☐ CJA  ☐ Deft. to Retain Counsel _____

**SUSA:** Kent Brunson  **USPO/USPTS:** Thweatt

**Interpreter Needed:** ☑ Yes  ☐ No  Name: Beverly Childress

**LOCATION:** ☐ ARREST: _____ ☐ LC ☐ LO ☐ LR ☐ Kars 40

**HEARING** (Held)/Set:
☐ IA. Dft. Advised of Rights  ☑ DETENTION  ☑ PRLHRG
☐ RULE44HRG  ☐ BOND HRG  ☐ PROB/SUP REL VIOLATOR

☐ ARR  PLEA Entered:  ☐ Guilty  ☐ Not Guilty
Ptrl Cnf Set: _____  Disc DDL Set: _____

☐ CHGPLHRG/CONSENT PLEA Held  ☐ Set for: _____

☐ Written PLEA AGREEMENT Filed/Executed  ☐ Oral Agreement

☐ GUILTY PLEA/Counts: _____

☐ COUNTS/DISM/GVT _____ ☐ Oral Motion ☐ At Sentencing

☐ TRIAL Set For: _____  SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**
☐ FINAFF  ☐ WVRPRLHRG.  ☐ WVRR40hrg
☐ WVINDICTMENT Executed & Filed  ☐ INFORMATION filed
☐ CONSENT TO PROCEED Executed
☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**
☐ DTNHRG  ☐ Written  ☐ Oral  /  ☐ Govt  ☐ Deft
Detention Hearing Set For: _____
☐ Other _____

**ORDERS:**
☐ BOND Executed $ _____
☐ Cont'd Bond Imposed: _____
☐ Conditions of Release. Defendant advised of conditions.
☑ Probable Cause. Defendant bound over to Grand Jury
☐ Remvldist _____  ☐ Rem Hrg. Set: _____
☐ Temporary Detention Pending Hearing  ☐ Pending Trial
☐ Seal _____
☐ Other _____

**COMMENTS:**

Page: 2
Date: 9-21-05
Case No: 2:05mj112-B

2:34pm Court convenes.

2:39pm Testimony taken.

1. Notice of appearance by Richard Keith for Julio Cesar Mosquera; upon notice of possible error in the appearance notice filed by atty. Michael Petersen, the Court acknowledged and confirmed Mr. Keith's appointment and authorized withdrawal of Mr. Petersen.

2. Court granted oral motion of United States (AUSA Brunson) for amendment of the detention motion filed 9/14/2005 (doc #5) (A) to add in section 1 "10 year drug offense" as another ground for eligibility for defendants and (B) to correct section 3 to state that the U. S. does invoke the rebuttable presumption against defendants under section 3142(e).

4:02pm Defendants to be detained. Written order to follow. Court is recessed.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA          *

VS.                               *

                                  *    CR. NO. 2:05mj112-B

LUIS F. ACOSTA-VAZQUEZ            *
JULIO CESAR MOSQUERA              *

## WITNESS LIST

**GOVERNMENT**

1. Andy Sutley
2. Robert Thornton
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 

**DEFENDANT**

1. Ron Thweatt
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17.