## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05cr240-A |
| | ) | |
| LUIS F. ACOSTA-VAZQUEZ | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for October 19, 2005 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: LUIS F. ACOSTA-VAZQUEZ before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 19th day of October, 2005 at 10:00 o'clock a.m.

DONE this 5th day of October, 2005.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _Joyce Taylor_
Deputy Clerk