IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr240-A |
| | ) | |
| Luis F. Acosta-Vazquex, and | ) | |
| Julio Ceasar Mosquera | ) | |

MOTION TO STRIKE A PORTION OF THE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike that portion of the Forfeiture Allegation of the Indictment which seeks forfeiture of Five Thousand Dollars ($5,000) in United States currency seized on September 12, 2005 from Julio Cesar Mosquera. As grounds, the United States would show that the said $5,000 was included in the $32,863 portion of the forfeiture allegation. The portion of the allegation seeking forfeiture of said $32,863 remains in effect.

A proposed Order is filed herewith.

Respectfully submitted this 20th day of October, 2005.

          FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, I electronically filed the foregoing Motion to Strike a Portion of the Forfeiture Allegation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine A. Freeman, Richard K. Keith, A. Clark Morris, and Michael J. Petersen.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J