IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr240-A |
| | ) | |
| Luis F. Acosta-Vazquex, and | ) | |
| Julio Ceasar Mosquera | ) | |

O R D E R

Upon consideration of the Motion to Strike a Portion of the Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the portion of the Forfeiture Allegation referring to Five Thousand Dollars ($5,000) in United States currency seized on September 12, 2005 from Julio Cesar Mosquera is hereby stricken.

All other portions of the forfeiture allegation remain in effect.

DONE this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE