IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA     )
                             )
v                            )
                             ) CR. NO. 2:05-cr-00240-WHA-DRB
Luis F. Acosta-Vazquez       )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Luis F. Acosta-Vazquez, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL, through March 2006. LFCV cf

10-19-05
DATE

Luis F Acosta Vasquez
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT