# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 12:36 - 12:47 pm

- [✓] INITIAL APPEARANCE  On Ind'r
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. 2:05cr240-A
DEFT. NAME: Luis F. ACOSTA-VAZQUEZ

USA: Morris
ATTY: Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant __✓__ does _____ does NOT need an interpreter

Interpreter present _____ NO __✓__ YES   NAME: Beverly Childress

- [ ] kars. — Date of Arrest _____ or [ ] karsr40
- [ ] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [ ] — Requests appointed Counsel [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
       [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [✓] — Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [✓] karr. — ARRAIGNMENT SET FOR: _____ [✓] HELD. Plea of **NOT GUILTY** entered.
       [✓] Set for 3-20-06 Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
       DISCOVERY DISCLOSURES DATE: 10-20-05
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — **Waiver of Speedy Trial Act Rights Executed**