IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>LUIS F. ACOSTA-VAZQUEZ )  | CR. NO. 2:05-cr-240-A |

### ORDER ON MOTION

Upon consideration of the government's *Petition for Order Directing the United States Marshal to Release Custody of Prisoner* (Doc. 36), construed as a *motion* for release of prisoner filed October 24, 2005, and for good cause, it is **ORDERED** that the *motion* be and hereby is **GRANTED.**

It is hereby ORDERED that the United States Marshals Service release custody of LUIS F. ACOSTA-VAZQUEZ, to Special Agents Robert Thornton, ABI/HIDTA, and/or David Henderson, ICE/HIDTA, on October 25, 2005, through February 28, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Robert Thornton and/or David Henderson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 24TH day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE