```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )       CR. NO. 2:05cr240-A
                              )
Luis F. Acosta-Vazquex, and   )
Julio Ceasar Mosquera         )
```

O R D E R

Upon consideration of the Motion to Strike a Portion of the Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore,

**ORDERED, ADJUDGED and DECREED** by the Court that the portion of the Forfeiture Allegation referring to Five Thousand Dollars ($5,000) in United States currency seized on September 12, 2005 from Julio Cesar Mosquera is hereby stricken.

All other portions of the forfeiture allegation remain in effect.

DONE this 24th day of October, 2005.


                              /s/ W. Harold Albritton
                              SENIOR UNITED STATES DISTRICT JUDGE