IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05cr240-A |
| ) | |
| LOUIS F. ACOSTA-VAZQUEZ  and ) | |
| JULIO CESAR MOSQUERA ) | |

**ORDER**

Due to a conflict which has arisen in the court's calendar, the trial of this case, presently set for the trial term commencing March 20, 2006, is RESCHEDULED to the trial term commencing March 27, 2006.

DONE this 6th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE