# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

---

HON. Delores R. Boyd   AT Montgomery, Alabama

DATE COMMENCED 1-9-2006   @ 11:25   ☒ a.m. ☐ p.m

DATE COMPLETED 1-9-2006   @ 11:28   ☒ a.m. ☐ p.m

---

CASE NO. 2:05cr240-A

UNITED STATES OF AMERICA
Plaintiff(s)

VS.

LUIS F. ACOSTA-VAZQUEZ
Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Clark Morris

**Defendant (s)**
Christine Freeman

---

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.   Crt Rptr: _____

Law Clerk: _____   Interpreter: _____

USPO/USPTS: _____   Other: _____

---

### PROCEEDINGS:

- ☐ Motion Hearing: _____
- ☐ Status Conference    ☐ Oral Argument    ☐ Evidentiary Hrg.
- ☐ Revocation    ☐ Scheduling Conf.    ☐ Show Cause
- ☐ Settlement Conference    ☐ Telephone Conf.    ☐ Sentencing
- ☐ Non-Jury Trial    ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Other _____
- ☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete    Plea Status: Prob
Trial Status/Length: 1½ Days    Trial Term: 3-27-06