IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-00240-WHA |
| | ) | |
| **LUIS F. ACOSTA-VAZQUEZ** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, **LUIS F. ACOSTA-VAZQUEZ**, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. A plea agreement has been entered pursuant to F.R.Cr.P. 11(c)(1)(C).

Dated this 16th day of March 2006.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:2:05-CR-00240-WHA** |
| | ) | |
| **LUIS F. ACOSTA-VAZQUEZ** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                 **s/Christine A. Freeman**
                                                 **CHRISTINE A. FREEMAN**
                                                 **TN BAR NO.: 11892**
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street , Suite 407
                                                 Montgomery, AL 36104
                                                 TEL:  (334) 834-2099
                                                 FAX:  (334) 834-0353
                                                 E-Mail: Christine_Freeman@fd.org