**COURTROOM DEPUTY'S MINUTES**  **DATE:** 3-17-2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 1:02 – 1:40 pm
  **COURT REPORTER:** Jimmy Dickens

| ☐ ARRAIGNMENT | ✓ CHANGE OF PLEA | ☐ CONSENT PLEA |
|---|---|---|
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

**PRESIDING MAG. JUDGE:** DRB   **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05cr240-WHA   **DEFENDANT NAME:** Luis F. ACOSTA-VAZQUEZ
**AUSA:** Morris   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** ( )NO; (✓)YES   **Name:** Beverly Childress

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
   ✓ Guilty as to:
      ✓ Count(s): 1, 3
      ☐ Count(s): _____   ☐ dismissed on oral motion of USA
         ☐ to be dismissed at sentencing

✓ Written plea agreement filed   ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 3.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:**
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U.S. Marshal for:
   ☐ Trial on _____; or ✓ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel