Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

NDANT:     LUIS F. ACOSTA-VAZQUEZ
E NUMBER:  2:05cr240-WHA

RECEIVED
2007 APR 30  A 10: 55

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**27 months.** This term consists of 27 months on Count 1 and 12 months on Count 3, to be served **concurrently**.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

## RETURN

I have executed this judgment as follows:

APR 30 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on __9/15/06  10-19-06__ to __USP Atlanta  USP Leavenworth__

at __Atlanta, GA  Lv, KS__ , with a certified copy of this judgment.

Duke Terrell, c Arden
Jesse Segoyee Jr.
B. McRay, LT
UNITED STATES MARSHAL

By __Ebony R. Thomas__
DEPUTY UNITED STATES MARSHAL